**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**
www.ganb.uscourts.gov

| | | |
|---|---|---|
| In Re: | Debtor(s) | Bankruptcy Case No. |
| | **Aliera LT, LLC, as Liquidating Trustee for The Aliera Companies, Inc., et al.** | |
| | Plaintiff(s) | **Adv Proc. No.:  23–05204–jrs** |
| | – v – | |
| | **John Blenke** **Theodore Strickland** **Roger Sevigny** **James Weston Quintrell** | |
| | Defendant(s) | |

**ADVERSARY PROCEEDING NOTICE OF DEFICIENCY**

TO: John D. Elrod

You are notified that the Complaint against John Blenke, Theodore Strickland, Roger Sevigny, James Weston Quintrell filed on 12/20/23, is deficient for the following reasons:

Missing Fee  $350.00

Failure to timely remedy the deficiency noted above may delay prompt administration of the case. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 12/27/23

Vania S. Allen
Clerk of Court
By: Jackie L. Cunningham
Deputy Clerk

Form 431ap – Notice of Deficiency 12/2016