# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., et al.,[1]<br><br>Debtors. | Case No. 21-11548 (TMH)<br>Currently pending in the U.S. Bankruptcy<br>Court For the District of Delaware |
| ALIERA LT, LLC, as Liquidating Trustee of The Aliera Companies, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BLENKE, THEODORE STRICKLAND, ROGER SEVIGNY, and JAMES WESTON QUINTRELL,<br><br>Defendants. | **Adversary Proceeding No. 23-05204** |

### JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS JOHN BLENKE, THEODORE STRICKLAND, AND ROGER SEVIGNY TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, Aliera LT, LLC, as Liquidating Trustee (the "Trustee" or "Plaintiff") for The Aliera Companies, Inc., *et al.*, hereby stipulates pursuant to BLR 9006-1 that the original deadline of February 7, 2024 for Defendants John Blenke ("Blenke"), Theodore Strickland ("Strickland"), and Roger Sevigny ("Sevigny") to do one or more of the following: (i) answer, (ii) move, or (iii) otherwise respond to the Complaint, shall be extended through and including March 6, 2024.

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121 ).

Date:  February 6, 2024
Atlanta, Georgia

| | |
|---|---|
| */s/ John D. Elrod* | */s/ Jeffrey D. Skly* |
| John D. Elrod, Ga. Bar No. 246604 | Jeffrey D. Skly |
| Allison McGregor, Ga. Bar No. 860865 | Peterson, Johnson & Murray Chicago, LLC |
| Terminus 200 | (*pro hac application forthcoming*) |
| 3333 Piedmont Road NE, Suite 2500 | 200 West Adamas Street, Suite 2125 |
| Atlanta, GA 30305 | Chicago, IL 60606 |
| Greenberg Traurig, LLP | Telephone: (312) 782-7150 |
| Telephone: (678) 553-2259 | Facsimile: (312) 896-9318 |
| Facsimile: (678) 553-2269 | Email: JSkly@pjmlaw.com |
| Email: ElrodJ@gtlaw.com | |
|       Allison.McGregor@gtlaw.com | *Counsel for Defendants John Blenke,* |
| | *Theodore Strickland, and Roger Sevigny* |
| *Counsel for the Plaintiffs* | |