# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>Debtors. | **Case No. 21-11548 (TMH)**<br>Currently pending in the U.S. Bankruptcy Court for the District of Delaware |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BLENKE, THEODORE STRICKLAND, ROGER SEVIGNY, and JAMES WESTON QUINTRELL<br><br>Defendants. | **Adversary Proceeding No. 23-05204** |

## CERTIFICATE OF SERVICE REGARDING COMPLAINT AND SUMMONS

I hereby certify that on January 8, 2024, I caused a true and correct copy of the Complaint [Docket No. 1] and Summons in an Adversary Proceeding [Docket No. 3] to be served upon the Defendants via (i) United States First Class Mail, and (ii) Certified Mail, return receipt requested, each affixed with pre-paid postage sufficient to ensure delivery, as addressed to the following:

John Blenke
1 Country Aire Drive
Saint Louis, MO 63131

Theodore Strickland
5561 Chowning Way
Columbus, OH 43213

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

Roger Sevigny
19 Melody Terrace
Dover, NH 03820

James Weston Quintrell
350 Minnehaha Trail
Blue Ridge, GA 30513

Dated:  February 6, 2024                              Respectfully submitted,

**GREENBERG TRAURIG, LLP**


*/s/ John D. Elrod*
John D. Elrod, Ga. Bar No. 246604
Allison J. McGregor, Ga. Bar No. 860865
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: ElrodJ@gtlaw.com
Allison.McGregor@gtlaw.com

*Counsel for the Plaintiff*

2