

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| THE ALIERA COMPANIES, INC. | * | Case No. 21-11548 (TMH) |
| d/b/a Aliera Healthcare, Inc., *et al.*, | * | |
| | * | **Pending in the United States** |
| | * | **Bankruptcy Court for the District** |
| | * | **of Delaware** |
| Debtors. | * | |
| | * | |
| ALIERA LT, LLC, as Liquidating Trustee of | * | |
| The Aliera Companies, Inc., *et al.*, | * | |
| | * | |
| Plaintiff, | * | Adversary Proceeding |
| | * | No. 23-05204-jrs |
| v. | * | |
| | * | |
| JOHN BLENKE, THEORDORE STRICKLAND, | * | |
| ROGER SEVIGNY ,and JAMES WESTON | * | |
| QUINTRELL, | * | |
| | * | |
| Defendant. | * | |

## DEFENDANT QUINTRELL'S ANSWER AND AFFIRMATIVE DEFENSES

James Weston Quintrell files his answer and affirmative defenses (**"Answer"**) to Plaintiffs' Complaint [Dkt. 1], filed in the above-captioned adversary proceeding.

## ANSWERS

1. Denied.

2. Defendant lacks sufficient knowledge or information to admit or deny what Plaintiffs are seeking. Presumably, the Complaint speaks for itself. Admit that any members at issue are members of Trinity Healthshare Inc and not Aliera or any organization for which Defendant was associated.

3. Denied.

4. Denied.

5. This paragraph sets forth legal conclusions to which no response is required.

6. This paragraph sets forth legal conclusions to which no response is required.

7. Defendant lacks sufficient knowledge or information to admit or deny Plaintiffs' contention.

8. This paragraph sets forth legal conclusions to which no response is required.

9. This paragraph sets forth legal conclusions to which no response is required.

10. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

11. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

12. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

13. Admitted

14. Denied.

15. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

16. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

17. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

18. Denied.

19. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

20. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

21. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

22. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

23. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

24. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

25. Denied.

26. Defendant lacks sufficient knowledge or information to admit or deny the allegations other than Mr. Thread did officiate the wedding.

27. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

28. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

29. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

30. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

31. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

32. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

33. Defendant lacks sufficient knowledge or information to admit or deny the allegations other than Aliera subleased space to Trinity at some point.

34. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

35. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

36. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

37. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

38. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

39. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

40. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

41. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

42. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

43. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

44. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

45. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

46. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

47. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

48. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

49. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

50. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

51. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

52. Admitted.

53. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

54. Defendant admits there was a fee schedule of some sort but denies there were premium payments. Defendant lacks knowledge regarding specific amounts.

55. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

56. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

57. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

58. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

59. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

60. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

61. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

62. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

63. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

64. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

65. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

66. Denied.

67. Denied.

68. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

69. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

70. Admitted.

71. Admitted.

72. Denied.

73. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

74. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

75. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

76. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

77. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

78. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

79. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

80. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

81. Denied.

82. Admitted.

83. Defendant lacks sufficient knowledge or information to admit or deny the allegations other than service contracts existed regarding services listed below (84).

84. Admitted.

85. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

86. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

87. Denied.

88. Denied.

89. Denied.

90. Admitted.

91. Admitted.

92. Denied.

93. Defendant admits that he was full time student until December 2019, otherwise denied.

94. Denied.

95. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

96. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

97. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

98. Denied.

99. Defendant lacks sufficient knowledge or information to admit or deny the allegations as "corporate governance structure" is not explained and Defendant is not aware of any specific changes other than adding advisory board members.

100. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

101. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

102. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

103. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

104. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

105. Denied.

106. This paragraph sets forth legal conclusions to which no response is required.

107. Denied.

108. Denied.

109. This paragraph sets forth legal conclusions to which no response is required.

110. This paragraph sets forth legal conclusions to which no response is required.

111. This paragraph sets forth legal conclusions to which no response is required.

112. This paragraph sets forth legal conclusions to which no response is required.

113. This paragraph sets forth legal conclusions to which no response is required.

114. This paragraph restates and incorporates prior paragraphs to which no response is required. To the extent a response is required, Defendant restate and incorporate their prior responses.

115. This paragraph sets forth legal conclusions to which no response is required.

116. This paragraph sets forth legal conclusions to which no response is required.

117. This paragraph sets forth legal conclusions to which no response is required.

118. This paragraph sets forth legal conclusions to which no response is required.

119. This paragraph sets forth legal conclusions to which no response is required.

120. Denied.

121. Denied.

122. This paragraph sets forth legal conclusions to which no response is required.

123. This paragraph sets forth legal conclusions to which no response is required.

124. This paragraph restates and incorporates prior paragraphs to which no response is required. To the extent a response is required, Defendant restates and incorporates their prior responses.

125. This paragraph sets forth legal conclusions to which no response is required.

126. This paragraph sets forth legal conclusions to which no response is required.

127. This paragraph sets forth legal conclusions to which no response is required.

128. This paragraph sets forth legal conclusions to which no response is required.

129. This paragraph sets forth legal conclusions to which no response is required.

130. This paragraph sets forth legal conclusions to which no response is required.

131. Denied.

132. Denied.

133. This paragraph sets forth legal conclusions to which no response is required.

134. This paragraph sets forth legal conclusions to which no response is required.

135. This paragraph sets forth legal conclusions to which no response is required.

136. This paragraph sets forth legal conclusions to which no response is required.

137. This paragraph restates and incorporates prior paragraphs to which no response is required. To the extent a response is required, Defendant restates and incorporates their prior responses.

138. This paragraph sets forth legal conclusions to which no response is required.

139. This paragraph sets forth legal conclusions to which no response is required.

140. This paragraph sets forth legal conclusions to which no response is required.

141. Denied as to services rendered for less than reasonably equivalent value. The remainder of the paragraph sets forth legal conclusions to which no response is required.

142. This paragraph sets forth legal conclusions to which no response is required.

143. This paragraph sets forth legal conclusions to which no response is required.

144. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

145. This paragraph sets forth legal conclusions to which no response is required.

146. This paragraph restates and incorporates prior paragraphs to which no response is required. To the extent a response is required, Defendant restate and incorporate their prior responses.

147. This paragraph sets forth legal conclusions to which no response is required.

148. Denied.

149. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

150. This paragraph sets forth legal conclusions to which no response is required.

151. Admitted.

152. Admitted.

153. Denied.

154. This paragraph sets forth legal conclusions to which no response is required.

155. This paragraph sets forth legal conclusions to which no response is required.

156. This paragraph sets forth legal conclusions to which no response is required.

157. This paragraph restates and incorporates prior paragraphs to which no response is required. To the extent a response is required, Defendant restates and incorporates their prior responses.

158. This paragraph sets forth legal conclusions to which no response is required.

159. This paragraph sets forth legal conclusions to which no response is required.

160. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

161. Defendant lacks sufficient knowledge or information to admit or deny the allegations.

162. This paragraph sets forth legal conclusions to which no response is required.

163. This paragraph sets forth legal conclusions to which no response is required.

164. This paragraph restates and incorporates prior paragraphs to which no response is required. To the extent a response is required, Defendant restate and incorporate their prior responses.

165. This paragraph sets forth legal conclusions to which no response is required.

166. Denied to the extent the paragraph attempts to suggests transfers were made for services not provided contemporaneously which would otherwise set forth legal conclusions to which no response is required.

167. This paragraph sets forth legal conclusions to which no response is required.

168. This paragraph sets forth legal conclusions to which no response is required.

169. This paragraph sets forth legal conclusions to which no response is required.

170. This paragraph sets forth legal conclusions to which no response is required.

171. This paragraph restates and incorporates prior paragraphs to which no response is required. To the extent a response is required, Defendant restate and incorporate their prior responses.

172. This paragraph sets forth legal conclusions to which no response is required.

173. This paragraph sets forth legal conclusions to which no response is required.

174. This paragraph sets forth legal conclusions to which no response is required.

175. This paragraph sets forth legal conclusions to which no response is required.

The remainder of the Complaint constitutes Plaintiffs' request for relief to which no responsive pleading is required. To the extent a responsive pleading is required, Defendant denies that Plaintiffs are entitled to the relief sought.

All allegations that have not been specifically admitted are denied.

## AFFIRMATIVE & OTHER DEFENSES

Defendant asserts the following defenses without admitting any of the allegations of the Complaint, without assuming the burden of any such defense that they would not otherwise have, and with reservation of their rights to amend or supplement their Answer for any reason, including based upon evidence developed in discovery or otherwise.

FIRST DEFENSE

Plaintiffs' complaint fails in whole or in part to state a claim upon which relief can be granted.

SECOND DEFENSE

Plaintiffs' claims are barred by the doctrines of unclean hands, waiver and/or estoppel.

THIRD DEFENSE

One or more claims are barred by the statute of limitations.

FOURTH DEFENSE

Plaintiffs complaint is made in bad faith for improper purposes, asserting facts and legal assertions they know to be false as to these Defendants.

FIFTH DEFENSE

Adequate consideration was provided for all funds received.

SIXTH DEFENSE

Plaintiffs are acting in bad faith and breaching their fiduciary duties in bringing this derivative action.

SEVENTH DEFENSE

Plaintiffs are not the real party in interest and are conflicted.

EIGHTH DEFENSE

There was no civil conspiracy as the businesses were for legitimate business purposes.

NINTH DEFENSE

Plaintiffs cannot satisfy the elements of section 544 or the statutes incorporated thereunder as (i) Defendant had no fraudulent intent at the time of the transfers; (ii) conveyed reasonably equivalent value to the Debtors in exchange for any transfers; and/or (iii) took the transfers in good faith and for value.

## TENTH DEFENSE

Defendant are protected under section 550(b) as having taken for value, in good faith, and without knowledge of the voidability of the transfer avoided.

## ELEVENTH DEFENSE

Plaintiffs have failed to join all necessary parties.

## TWELFTH DEFENSE

Plaintiffs failed to mitigate their alleged damages.

## THIRTEENTH DEFENSE

Plaintiffs' seek to recover damages resulting from their own admitted violations of state and/or federal law.

## FOURTEENTH DEFENSE

Defendant had an objective good faith belief that the HCSM and other products Debtors sold were not insurance.

Dated: February 12, 2024

Respectfully Submitted,

_____
James Weston Quintrell
350 Minnehaha Trail
Blue Ridge, Georgia 30513
Tel: (706) 851-5946
westonquintrell@gmail.com

*Pro Se Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I filed the foregoing **Answer and Affirmative Defenses** which once e-filed by the clerk's office will be served on all parties who are scheduled to receive notice through the Court's ECF system as follows:

Dennis A. Meloro
(DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: Dennis.Meloro@gtlaw.com

John D. Elrod
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: ElrodJ@gtlaw.com

_/s/ J. W. Q._
James Weston Quintrell