**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2024 FEB 12  AM 10: 19

VANIA S. ALLEN
CLERK

BY: _____

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| THE ALIERA COMPANIES, INC. | * | Case No. 21-11548 (TMH) |
| d/b/a Aliera Healthcare, Inc., *et al.,* | * | |
| | * | **Pending in the United States** |
| | * | **Bankruptcy Court for the District** |
| | * | **of Delaware** |
| Debtors. | * | |

| | | |
|---|---|---|
| ALIERA LT, LLC, as Liquidating Trustee of | * | |
| The Aliera Companies, Inc., *et al.,* | * | |
| | * | |
| Plaintiff, | * | Adversary Proceeding |
| | * | No. 23-05204-jrs |
| v. | * | |
| | * | |
| JOHN BLENKE, THEORDORE STRICKLAND, | * | |
| ROGER SEVIGNY ,and JAMES WESTON | * | |
| QUINTRELL, | * | |
| | * | |
| Defendant. | * | |

## <u>DEFENDANT QUINTRELL'S MOTION TO FILE</u>
## <u>ANSWER AND AFFIRMATIVE DEFENSES INSTANTER</u>

James Weston Quintrell files this motion seeking to have his answer and affirmative

defenses (**"Answer"**) filed instanter as though filed on February 7, 2024 as he thought this case

was pending in the same court as the bankruptcy court in Delaware.  Accordingly, he filed his

Answer with the Delaware court on February 7, 2024 and was informed that it should have been

filed in this Court.  He immediately corrected the pleading and refiled it the next business day

with this Court.  A copy of the time stamped Answer filed in Delaware is attached as Exhibit A.

Respectfully Submitted this 12th day of February, 2024

James Weston Quintrell
350 Minnehaha Trail
Blue Ridge, Georgia 30513
Tel: (706) 851-5946
westonquintrell@gmail.com

*Pro Se Defendant*

RECEIVED

2024 FEB -7 PM 1:31

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| THE ALIERA COMPANIES, INC. | * | Case No. 21-11548 (TMH) |
| d/b/a Aliera Healthcare, Inc., *et al.,* | * | |
| | * | **Pending in the United States** |
| | * | **Bankruptcy Court for the District** |
| | * | **of Delaware** |
| Debtors. | * | |

| | | |
|---|---|---|
| ALIERA LT, LLC, as  Liquidating Trustee of | * | |
| The Aliera Companies, Inc., *et al.,* | * | |
| | * | |
| Plaintiff, | * | Adversary Proceeding |
| | * | No. 23-05204-jrs |
| v. | * | |
| | * | |
| JOHN BLENKE, THEORDORE STRICKLAND, | * | |
| ROGER SEVIGNY ,and JAMES WESTON | * | |
| QUINTRELL, | * | |
| | * | |
| Defendant. | * | |

### DEFENDANT' ANSWER AND AFFIRMATIVE DEFENSES

James Weston Quintrell files his answer and affirmative defenses (**"Answer"**) to

Plaintiffs' Complaint [Dkt. 1], filed in the above-captioned adversary proceeding.

### ANSWERS

1. Denied.

2. Defendant lacks sufficient knowledge or information to admit or deny what Plaintiffs are

   seeking. Presumably, the Complaint speaks for itself. Admit that any members at issue

   are members of Trinity Healthshare Inc and not Aliera or any organization for which

   Defendant was associated.

*Exh. A*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I caused a copy of the foregoing **Motion** to be filed with the clerk of court and a copy of the motion will be served on all parties who are scheduled to receive notice once the clerk's office e-files the document through the Court's ECF system as follows:

Dennis A. Meloro
(DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: Dennis.Meloro@gtlaw.com

John D. Elrod
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: ElrodJ@gtlaw.com

James Weston Quintrell