

**IT IS ORDERED as set forth below:**

**Date: February 21, 2024**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>Debtors. | **Case No. 21-11548 (TMH)**<br>Currently pending in the U.S. Bankruptcy Court for the District of Delaware |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC. d/b/a ALIERA HEALTHCARE INC., *et al*.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BLENKE, THEODORE STRICKLAND, ROGER SEVIGNY, and JAMES WESTON QUINTRELL,<br><br>Defendants. | **Adversary Proceeding No**. **23-05204-JRS** |

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

ACTIVE 693629427v1

### CONSENT ORDER GRANTING DEFENDANT QUINTRELL'S MOTION
### TO FILE ANSWER AND AFFIRMATIVE DEFENSES INSTANTER

This matter having come before the Court upon Defendant James Weston Quintrell's ("Defendant") *Motion to File Answer and Affirmative Defenses Instanter* [Docket No. 7] (the "Motion"), due notice having been given, the Court being fully advised, and the above-captioned Plaintiffs having no objection,

**IT IS HEREBY ORDERED** that Defendant's Motion to File Answer and Affirmative Defenses *Instanter* is **GRANTED**.

### [END OF DOCUMENT]

Date:   February 21, 2024
Atlanta, Georgia

/s/ John D. Elrod
John D. Elrod, Ga. Bar No. 246604
Allison McGregor, Ga. Bar No. 860865
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Greenberg Traurig, LLP
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: ElrodJ@gtlaw.com
        Allison.McGregor@gtlaw.com

*Counsel for the Plaintiffs*

/s/ James Weston Quintrell
James Weston Quintrell
350 Minnehaha Trail
Blue Ridge, Georgia 30513
Telephone: (706) 851-5946
Email: westonquintrell@gmail.com

*Pro Se Defendant*

2

## **Distribution List**

John D. Elrod
Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

James Weston Quintrell
350 Minnehaha Trail
Blue Ridge, Georgia 30513

Jeffrey D. Skly
Peterson, Johnson & Murray Chicago, LLC
200 West Adamas Street, Suite 2125
Chicago, IL 60606