**IT IS ORDERED as set forth below:**



**Date: February 21, 2024**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>Debtors. | **Case No. 21-11548 (TMH)**<br>Currently pending in the U.S. Bankruptcy<br>Court for the District of Delaware |
| ALIERA LT, LLC, AS LIQUIDATING<br>TRUSTEE FOR THE ALIERA<br>COMPANIES, INC. d/b/a ALIERA<br>HEALTHCARE INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BLENKE, THEODORE<br>STRICKLAND, ROGER SEVIGNY, and<br>JAMES WESTON QUINTRELL,<br><br>Defendants. | **Adversary Proceeding No. 23-05204-JRS** |

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

ACTIVE 693629427v1

# CONSENT ORDER GRANTING DEFENDANT QUINTRELL'S MOTION TO FILE ANSWER AND AFFIRMATIVE DEFENSES INSTANTER

This matter having come before the Court upon Defendant James Weston Quintrell's ("Defendant") *Motion to File Answer and Affirmative Defenses Instanter* [Docket No. 7] (the "Motion"), due notice having been given, the Court being fully advised, and the above-captioned Plaintiffs having no objection,

**IT IS HEREBY ORDERED** that Defendant's Motion to File Answer and Affirmative Defenses *Instanter* is **GRANTED**.

[END OF DOCUMENT]

Date:   February 21, 2024
Atlanta, Georgia

*/s/ John D. Elrod*
John D. Elrod, Ga. Bar No. 246604
Allison McGregor, Ga. Bar No. 860865
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Greenberg Traurig, LLP
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: ElrodJ@gtlaw.com
    Allison.McGregor@gtlaw.com

*Counsel for the Plaintiffs*

*/s/ James Weston Quintrell*
James Weston Quintrell
350 Minnehaha Trail
Blue Ridge, Georgia 30513
Telephone: (706) 851-5946
Email: westonquintrell@gmail.com

*Pro Se Defendant*

**Distribution List**

John D. Elrod
Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

James Weston Quintrell
350 Minnehaha Trail
Blue Ridge, Georgia 30513

Jeffrey D. Skly
Peterson, Johnson & Murray Chicago, LLC
200 West Adamas Street, Suite 2125
Chicago, IL 60606

United States Bankruptcy Court

Northern District of Georgia

Aliera LT, LLC, as Liquidating Trustee f,
    Plaintiff

Adv. Proc. No. 23-05204-jrs

Blenke,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Feb 22, 2024 | Form ID: pdf491 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

**Recip ID    Recipient Name and Address**
+  James Weston Quintrell, 350 Minnehaha Trail, Blue Ridge, Georgia 30513-7663
+  Jeffrey D. Skly, Peterson, Johnson & Murray Chicago, LLC, 200 West Adamas Street, Suite 2125, Chicago, IL 60606-5213

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:

**Name    Email Address**

Allison Jane McGregor
    on behalf of Plaintiff Aliera LT  LLC, as Liquidating Trustee for The Aliera Companies, Inc., et al. allison.mcgregor@gtlaw.com, fieldss@gtlaw.com

John D. Elrod
    on behalf of Plaintiff Aliera LT  LLC, as Liquidating Trustee for The Aliera Companies, Inc., et al. elrodj@gtlaw.com, fieldss@gtlaw.com,allison.mcgregor@gtlaw.com

TOTAL: 2