**IT IS ORDERED as set forth below:**



Date: February 26, 2024

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | |
| | : | CHAPTER 11 |
| THE ALIERA COMPANIES, INC., | : | |
| d/b/a Aliera Healthcare, Inc., et al, | : | |
|     Debtor, | : | CASE NO. 21-11548 (TMH) |
| | : | Currently pending in U.S. Bankruptcy |
| ……………………………………………… | : | Court for the District of Delaware |
| ALIERA LT, LLC, as Liquidating Trustee for | : | |
| The Aliera Companies, Inc., et al., | : | |
|     Plaintiffs, | : | ADVERSARY PROCEEDING |
| | : | 23-5204-JRS |
| v. | : | |
| | : | |
| JOHN BLENKE, THEODORE STRICKLAND, | : | |
| ROGER SEVIGNY, AND JAMES WESTON | : | |
| QUINTRELL, | : | |
|     Defendant. | : | |

### ORDER OF ADMISSION PRO HAC VICE

The court having read the Application of Dominick L. Lanzito, Attorney at Law, for admission to practice pro hac vice in the above-styled case and it appearing that the Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

ORDERED that the Application is GRANTED.

(END OF DOCUMENT)

**John D. Elrod**
Greenberg Traurig, LLP
Terminus 200 - Suite 2500
3333 Piedmont Road, NE
Atlanta, GA 30305

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Dominick L. Lanzito**
Peterson, Johnson & Murray, LLC
200 W. Adams St., Suite 2125
Chicago, IL  60606

**William A. Rountree**
Rountree, Leitman, Klein & Geer, LLC
Century Plaza I
2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329