**IT IS ORDERED as set forth below:**



Date: February 26, 2024

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : |
| | : CHAPTER 11 |
| THE ALIERA COMPANIES, INC., | : |
| d/b/a Aliera Healthcare, Inc., et al, | : |
|     Debtor, | : CASE NO. 21-11548 (TMH) |
| | : Currently pending in U.S. Bankruptcy |
| ................................................................ | : Court for the District of Delaware |
| ALIERA LT, LLC, as Liquidating Trustee for | : |
| The Aliera Companies, Inc., et al., | : |
|     Plaintiffs, | : ADVERSARY PROCEEDING |
| | : 23-5204-JRS |
| v. | : |
| | : |
| JOHN BLENKE, THEODORE STRICKLAND, | : |
| ROGER SEVIGNY, AND JAMES WESTON | : |
| QUINTRELL, | : |
|     Defendant. | : |

ORDER OF ADMISSION PRO HAC VICE

The court having read the Application of Dominick L. Lanzito, Attorney at Law, for admission to practice pro hac vice in the above-styled case and it appearing that the Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

ORDERED that the Application is GRANTED.

(END OF DOCUMENT)

**John D. Elrod**
Greenberg Traurig, LLP
Terminus 200 - Suite 2500
3333 Piedmont Road, NE
Atlanta, GA 30305

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Dominick L. Lanzito**
Peterson, Johnson & Murray, LLC
200 W. Adams St., Suite 2125
Chicago, IL 60606

**William A. Rountree**
Rountree, Leitman, Klein & Geer, LLC
Century Plaza I
2987 Clairmont Rd., Ste. 350
Atlanta, GA 30329

United States Bankruptcy Court
Northern District of Georgia

Aliera LT, LLC, as Liquidating Trustee f,
  Plaintiff
Blenke,
  Defendant

Adv. Proc. No. 23-05204-jrs

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: pdf411 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Dominick L. Lanzito, Peterson, Johnson & Murray LLC, Suite 2125, 200 W. Adams St., Chicago, IL 60606-5213 |
| | + | William A. Rountree, Rountree, Leitman, Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Rd., Ste. 350, Atlanta, GA 30329-4435 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 27 2024 21:01:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison Jane McGregor | on behalf of Plaintiff Aliera LT LLC, as Liquidating Trustee for The Aliera Companies, Inc., et al. allison.mcgregor@gtlaw.com, fieldss@gtlaw.com |
| John D. Elrod | on behalf of Plaintiff Aliera LT LLC, as Liquidating Trustee for The Aliera Companies, Inc., et al. elrodj@gtlaw.com, |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: pdf411 | Total Noticed: 3 |

fieldss@gtlaw.com,allison.mcgregor@gtlaw.com

TOTAL: 2