IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC<br>d/b/a ALIERA HEALTHCARE, INC., et al.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 21-11548 (TMH)<br><br>Pending in the U.S. Bankruptcy<br>Court for the District of Delaware |
| ALIERA LT, LLC, as Liquidating Trustee of<br>The Aliera Companies, Inc., et al.,<br><br>Plaintiff,<br>v.<br><br>JOHN BLENKE, THEODORE STRICKLAND,<br>ROGER SEVIGNY, and JAMES WESTON<br>QUINTRELL,<br>Defendants. | Adversary Proceeding No. 23-05204 |
| JOHN BLENKE, THEODORE STRICKLAND<br>and ROGER SEVIGNY,<br><br>Third-Party Plaintiffs,<br>v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>Third-Party Defendant. | Adversary Proceeding No. 23-05204 |

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

    Address of the clerk:

    Clerk, United States Bankruptcy Court
    75 Ted Turner Drive, S.W.
    Room 1340
    Atlanta, GA  30303

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

    Name and Address of Defendant's Attorney:

    Dominick L. Lanzito
    PETERSON, JOHNSON & MURRAY, LLC
    200 W. Adams St., Suite 2125
    Chicago, Illinois 60606

    -and-

    Ceci Christy
    ROUNTREE LEITMAN KLEIN & GEER, LLC
    Century Plaza I
    2987 Clairmont Rd., Suite 350
    Atlanta, Georgia 30329

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

    John D. Elrod
    Allison Jane McGregor
    Greenberg Traurig, LLP
    Terminus 200 - Suite 2500
    3333 Piedmont Road, NE
    Atlanta, GA 30305

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

_Vania P. Allen_ (Clerk of the Bankruptcy Court)

Date: APR 0 1 2024   By: _Jackie Cavanaugh_ (Deputy Clerk)