UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: The Aliera Companies, Inc. d/b/a Aliera Healthcare, Inc. et al., | CASE NO: 21-11548 (Pending in the US Bankruptcy |
| John Blenke, Theodore Strickland and Roger Sevigny, Third-Party Plaintiffs, | ADVERSARY CASE NO: 23-05204 |
| v. | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| Scottsdale Insurance Company, Third-Party Defendant | Chapter: 11 |
| | ECF Docket Reference No. 15 |

On 4/2/2024, I did cause a copy of the following documents, described below,

Third-Party Plaintiffs' First Amended Third-Party Complaint At Law for Declaratory Judgment and Breach of Contract Against Third-Party Defendant Scottsdale Insurance Company ECF Docket Reference No. 15

Third-Party Summons 17

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/2/2024

/s/ Ceci Christy
Ceci Christy  370092
Attorney for CreditorRountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329
404 584 1238

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: The Aliera Companies, Inc. d/b/a Aliera Healthcare, Inc. et al., <br><br> John Blenke, Theodore Strickland and Roger Sevigny, Third-Party Plaintiffs, <br><br> v. <br><br> Scottsdale Insurance Company, Third-Party Defendant | CASE NO: 21-11548 (Pending in the US Bankruptcy <br><br> ADVERSARY CASE NO: 23-05204 <br><br> **CERTIFICATE OF SERVICE** <br><br> Chapter: 11 <br><br> ECF Docket Reference No. 15 |

On 4/2/2024, a copy of the following documents, described below,

Third-Party Plaintiffs' First Amended Third-Party Complaint At Law for Declaratory Judgment and Breach of Contract Against Third-Party Defendant Scottsdale Insurance Company ECF Docket Reference No. 15

Third-Party Summons 17

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/2/2024

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ceci Christy
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS                              FIRST CLASS
SCOTTSDALE INSURANCE COMPANY             SCOTTSDALE INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY, REG.    R. MAX WILLIAMSON, CHAIRMAN OF THE
AGENT                                    BOARD
2 SUN COURT, SUITE 400                   8877 N. GAINEY CENTER DRIVE
PEACHTREE CORNERS GA 30092               SCOTTSDALE AZ 85258-2108
```