IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE ALIERA COMPANIES, INC. | ) | Case No. 21-11548(TMH) |
| d/b/a ALIERA HEALTHCARE, INC., *et al* | ) | |
| | ) | Pending in the U.S. Bankruptcy Court for the |
| Debtors. | ) | District of Delaware |
| | ) | |
| | ) | |
| ALIERA LT, LLC as Liquidating Trustee of | ) | |
| The Aliera Companies, Inc., *et al*. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 23-05204 |
| | ) | |
| JOHN BLENKE, THEODORE | ) | |
| STRICKLAND, ROGER SEVIGNY, and | ) | |
| JAMES WESTON QUINTRELL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| JOHN BLENKE, THEODORE | ) | |
| STRICKLAND, and ROGER SEVIGNY, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 23-05204 |
| | ) | |
| SCOTTSDALE INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

**STIPULATION EXTENDING TIME FOR SCOTTSDALE INSURANCE COMPANY TO FILE RESPONSE AND ANSWER TO THIRD-PARTY PLAINTIFFS' FIRST AMENDED THIRD-PARTY COMPLAINT**

COMES NOW, Scottsdale Insurance Company ("Scottsdale), and Third-Party Plaintiffs John Blenke, Theodore Strickland, and Roger Sevigny ("Third-Party Plaintiffs"), by and through their respective undersigned counsel of record, and hereby stipulate and agree, in accordance with BLR 9006-1, that Scottsdale shall have until and including May 31, 2024, within which to file its response and answer to the *Third-Party Plaintiffs First Amended Third-Party Complaint At Law For Declaratory Judgment And Breach Of Contract Against Third-Party Defendant Scottsdale Insurance Company* filed by Third-Party Plaintiffs. (Doc. No. 15).

**SO STIPULATED TO THIS 1ST DAY OF MAY, 2024.**

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP** | **ROUNTREE LEITMAN KLEIN & GEER, LLC** |
| By: /s/ Brian S. Goldberg<br>Georgia Bar No. 128007<br>100 Galleria Pkwy, Suite 1600<br>Atlanta, Georgia 30339<br>T: (678) 996-9140<br>Brian.Goldberg@FMGLaw.com<br>*Attorney for Scottsdale Insurance Company* | By: /s/ Ceci Christy (With Express Permission by Brian Goldberg)<br>Georgia Bar No. 370092<br>Century Plaza I<br>2987 Clairmont Rd., Suite 350<br>Atlanta, Georgia 30329<br>T: (404) 584-1244<br>cchristy@rlkglaw.com<br>*Attorney for John Blenke, Theodore Strickland and Roger Sevigny* |

## **CERTIFICATE OF SERVICE**

This is to certify that on this day a copy of the foregoing was filed using the CM/ECF filing system, which automatically generated an e-mail notification of such filing to those parties registered to receive electronic notices in this case.

This 1st day of May, 2024.

*/s/ Brian S. Goldberg*
Brian S. Goldberg
Georgia Bar No. 128007
*Attorney for Scottsdale Insurance Company*

FREEMAN MATHIS & GARY LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(T) 678-996-9140
(F) 678-236-9154
Brian.Goldberg@FMGLaw.com