# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: January 10, 2025

RE: 21-11548-TMH)

Bankruptcy Case No.
***Pending in the U.S. Bankruptcy Court for the District of Delaware***

The Aliera Companies, Inc. d/b/a Aliera Healthcare, Inc., et al.
Debtor(s)

Aliera LT, LLC, as Liquidating Trustee of The Aliera Companies, Inc., et al.,
***(Plaintiff)***

Adversary Proceeding No. 23-05204-JRS

V.

John Blenke, Theodore Strickland, Roger Sevigny, James Weston Quintrell,
***(Defendants)***

John Blenke, Theodore Strickland and Roger Sevigny
***(Third-Party Plaintiffs)***

Scottdale Insurance Company
***(Third-Party Defendant)***

## S U B M I S S I O N   S H E E T

<u>Submitted on:</u>

☒ Findings of Fact and Conclusions of Law Granting Motion to Dismiss Third-Party Amended Complaint filed on: 12/26/2024- Doc. No. 38

**<u>Contents of Record:</u>**
☒ Documents Numbers: 1,14,15,23,38 and docket sheet

**If previous and/or related appeal filed, list: 24-cv-05394-LMM**

FROM: Vania S. Allen, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*